UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) CRIMINAL NO. 04-10074-JLT |
| v. | ) ) |
| PHILLIP W. HYDE,<br>　　　Defendant | ) ) ) |

### GOVERNMENT'S MOTION FOR A RULE 11 HEARING

The United States hereby moves for the scheduling of a Rule 11 hearing at the Court's earliest convenience.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:  _/s/ Mark J. Balthazard_
　　　　　　　　　　　　　　　　MARK J. BALTHAZARD
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

### Certificate of Service

　　I here certify that I caused a copy of the above document to be served by mail on defendant's attorney of record, John H. LaChance, Esq., 600 Worcester Rd., Framingham, MA 01702 on April 27, 2004.

　　　　　　　　　　　　　　　　_/s/ Mark J. Balthazard_
　　　　　　　　　　　　　　　　MARK J. BALTHAZARD
　　　　　　　　　　　　　　　　Assistant U.S. Attorney