UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR No.: 04-10074-JLT |
| | ) |
| v. | ) |
| | ) |
| PHILLIP HYDE, | ) |
| Defendant | ) |

## MOTION TO CONTINUE SENTENCING

NOW COMES, Phillip Hyde, the Defendant in the above-captioned matter and moved that this Honorable Court further continue his sentencing hearing from Thursday, September 16, 2004 to the last week of October, 2004 or the first week of November, 2004.

AS GROUNDS THEREFORE, Counsel for the Defendant states:

1. The psychiatrist has not completed the evaluation necessary for defendant's downward departure motion.

2. Counsel has trials scheduled for the week of September 13th, 20th and 27th of 2004.

Respectfully submitted,
**PHILLIP HYDE**
By his Attorney;

Dated: September 8, 2004

John H. LaChance, Esq.
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730
Fax: (508) 879-2288

1

**CERTIFICATE OF SERVICE**

I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by mailing a copy of the same, first class, postage pre-paid to Assistant United States Attorney Mark Baltazar located at the Office of the United States Attorney, United States District Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 and I have served a copy of the foregoing upon United States Probation Officer Sean Buckley located at the Office of United States Probation, United States District Courthouse, One Courthouse Way, Suite 1200, Boston, MA 02210 on this ___ day of September, 2004.

_____
John H. LaChance, Esq.