UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10074-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP HYDE, | ) | |
|     Defendant | ) | |

**EMERGENCY MOTION TO STAY SELF REPORTING FOR HIP REPLACEMENT SURGERY**

NOW COMES, Phillip Hyde, the Defendant in the above-captioned indictment and moved for a stay of this Court's Order for him to self report to his designated correctional institution to begin serving his year and a day sentence on July 6, 2005 in order to have hip replacement surgery which he had been told he needs as soon as possible.

In support of this motion, defendant submits the attached letter of his doctor describing the time frame involved after the surgery and recovery periods.

                                                Respectfully submitted,
                                                **PHILLIP HYDE**
                                                By his Attorney;

Dated: June 21, 2005                            /s/ John H. LaChance
                                                John H. LaChance, Esquire
                                                BBO# 282500
                                                600 Worcester Road
                                                Suite 501
                                                Framingham, MA 01702
                                                Tel: (508) 879-5730
                                                Fax: (508) 879-2288