Patient: HYDE, PHILLIP W  MRN: 2257360(MGH)    Status: Imported
Author: William W. Tomford, MD    Visit Date: 06/12/2005

June 12, 2005

Mr. Phillip W. Hyde

RE: HYDE, PHILLIP W.
MGH#: 2257360

Dear Mr. Hyde:

This letter will confirm that I am following you in my office for left hip pain. This pain is a result of osteoarthritis, which is of long-standing. However, recently there has been an increase in the pain, and an x-ray confirms a more rapid onset of osteoarthritis, with extensive collapse of the femoral head into the acetabulum. There is almost complete obliteration of the joint space.

As you know, I have been getting concerned that there may be infection in your hip sent you to a radiologist who did an aspiration of the hip joint to find that there is no infection. Therefore, we can assume that it is simply collapse of the cartilage and more severe osteoarthritis.

It is my recommendation that you consider having hip replacement fairly soon. I know that you are set to enter prison some time in late August. However, I feel that you would have increasing pain in the hip and probably require a hip replacement during your prison stay.

Therefore, I recommend that you have the hip replacement before you enter prison, because I think it would make it a lot easier for you to get around and to diminish the pain in your hip.

Hip replacement could be done some time in mid to late July. It would take three months for you to recover so, therefore, once we set the date, I think it would be best if you could speak to your lawyer and the judge who is presiding about obtaining a stay on the date on which you enter prison to approximately late October or early November.

I hope that this letter is clear and helps those who are trying to help you understand the situation.

I will speak to Dr. "Tamuran," your psychiatrist about this for final clearance, but I feel that this probably is the best approach. If your lawyer or the presiding judge has questions, I would be happy to answer those for them.

Sincerely,

William W. Tomford, M.D.

DD: 06/12/2005
DT: 06/12/2005
TL: 464297    :5535

Page: 1 of 1

PRINTED: 13-Jun-2005 11:29