UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**    )<br>                               )<br>     v.                        )<br>                               )<br>**PHILLIP W. HYDE,**              )<br>          Defendant           )<br>                               ) | CRIMINAL NO. 04-10074-JLT |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE DATE TO BEGIN SERVING SENTENCE

The government hereby assents to defendant Hyde's Motion to continue his self-surrender date in order to undergo hip replacement surgery. The government requests that the Court set a new reporting date of no later than November 15, 2005.

>                    Respectfully submitted,
>
>                    MICHAEL J. SULLIVAN
>                    United States Attorney
>
>                 By: /s/ Mark J. Balthazard
>                    MARK J. BALTHAZARD
>                    Assistant U.S. Attorney

1