UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP HYDE, | ) | COURT NO. |
| Defendant, | ) | 1:04 CR 10074-JLT |
| | ) | |
| *and* | ) | |
| | ) | |
| BICKNELL & SMITH, LLP, | ) | |
| Garnishee. | ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Phillip Hyde , last known address of 26 Union Street Cambridge, MA 02141 was served  by certified mail the following documents:

1. Copy of Application For Writ of Garnishment and Order.

2. Copy of Writ of Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, Bicknell & Smith, LLP, 43 Thorndike Street Cambridge, MA 02141, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

Date: August 15th, 2005

Phillip Hyde
26 Union Street
Cambridge, MA 02141

Bicknell & Smith, LLP
c/o Andrew E. Bram, Esq.
43 Thorndike Street
Cambridge, MA 02141

John H. LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA 01701