UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | 1:04 CR 10074-01-JLT |
| PHILLIP HYDE<br>      Defendant, | )<br>)<br>) | |
| and | )<br>) | |
| BICKNELL & SMITH, LLP<br>      Garnishee. | )<br>) | |

ANSWER OF THE GARNISHEE

_Andrew Bram_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL: ~~☒~~

   That he/she is Garnishee herein doing business in the name

of _BICKNELL & SMITH, ATTORNEYS, 43 THORNDIKE ST_
   (State full name and address of business)   _CAMBRIDGE, MA 02141_

IF GARNISHEE IS A PARTNERSHIP: _N/A_

   That he/she is a member of _____, a partnership which Garnishee is a

partner.

IF GARNISHEE IS A CORPORATION: _N/A_

   That he/she is the _____ (Official Title) of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On  August 19, 2005, Garnishee was served with the Writ of Garnishment.

1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Sale Proceeds | 121,895 | Proceeds from sale of home |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ N/A | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___ The Garnishee makes the following claim of exemption on the part of Defendant:
_____.

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
_____.

___ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Phillip Hyde, 26 Union Street Cambridge, MA 02141; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this ___ day of __August, 2005__

_____
Notary Public

My Commission expires:

LEONARD A. FRISOLI
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires 1/19/2012