UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PHILLIP HYDE )<br>Defendant )<br> )<br>and )<br> )<br>BICKNELL & SMITH )<br>Garnishee )<br> ) | | 1:04 CR 10074-01-JLT |

## CLAIM FOR EXEMPTION

The Defendant, Phillip Hyde, hereby claims that the monies garnished pursuant to an Order of this Court dated August 18, 2005 (sic), are exempt from the reach of creditors pursuant to 11 U.S.C. §522(c), as said monies which are the direct sale proceeds of the Defendant's homestead, which was scheduled as exempt in his Chapter 7 Bankruptcy Petition, Docket No. 03-14530-JNF.

The Defendant's claim of exemption in the sale proceeds is currently under consideration before United States Bankruptcy Judge, Joan N. Feeney.

Accordingly, the Defendant requests that this Court take no action until such time as the Bankruptcy Court has made its final ruling.

Defendant By His Attorney,

_____
Leonard A. Frisoli, BBO #638201
Frisoli Associates, P.C.
Bulfinch Square
43 Thorndike Street
Cambridge, MA 02141
(617) 494-0200

Date: 9/12/05

## Certificate of Service

I, Leonard A. Frisoli, hereby certify that a true copy of the above Claim For Exemption was served upon counsel for the Plaintiff, Christopher Donato, Esq., U.S. Attorney's Office, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210, by mail, on September 12, 2005.

_____
Leonard A. Frisoli