UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>            Plaintiff,        )<br>                                          )<br>        v.                                )<br>                                          )<br>PHILLIP HYDE,                             )<br>            Defendant,                    )<br>                                          )<br>BICKNELL & SMITH,                         )<br>            Garnishee.                    )<br>                                          ) | Criminal Docket No.<br>04-10074-JLT |

**ORDER ON GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(c)(7), this Court hereby orders the garnishee in the above-captioned matter, Bicknell & Smith, to pay over to the Clerk of the United States District Court for the District of Massachusetts the remaining proceeds of the sale of 26 Union Street, Cambridge, Massachusetts, which are being held by the garnishee on behalf of Phillip Hyde.  These proceeds will be applied by the Clerk's Office to the defendant's outstanding restitution order owed to the Chicago Public School Teacher's Pension Fund.

Dated:_____                    _____
                                         GEORGE A. O'TOOLE, JR.
                                         U.S. DISTRICT COURT JUDGE
                                         DISTRICT OF MASSACHUSETTS