UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~

In re
**PHILLIP W. HYDE,**
   Debtor

Chapter 7
Case No. 03-14530-JNF

~~~~~~~~~~~~~~~~~~~~~~~

ORDER

In accordance with the Memorandum dated September 26, 2005, the Court shall take no action on the Debtor's "Motion for Court Order, Confirming the Sale Proceeds of 26 Union Street, Cambridge, MA, as Exempt" until such time as the United States District Court for the District of Massachusetts determines whether or not the postpetition restitution order entered as part of Debtor's sentence following a criminal conviction for mail fraud creates an entirely new obligation owed to United States unaffected by the Debtor's homestead exemption and 11 U.S.C. § 522(c), or whether the enforcement mechanisms for restitution orders set forth in 18 U.S.C. §§ 3613 and 3664 preempt the Massachusetts Homestead Act.

By the Court,

*Joan N. Feeney*
Joan N. Feeney
United States Bankruptcy Judge

Dated: September 26, 2005
cc: Kathleen A. Rahbany, Esq., William R. Moorman, Jr., Esq., Leonard Frisoli, Esq.

1