UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, * <br> * <br> Plaintiff, * <br> * Criminal Action No. 04-10074-JLT <br> * <br> PHILIP HYDE, * <br> * <br> Defendant, * <br> * <br> and * <br> * <br> BICKNELL & SMITH * <br> * <br> Garnishee. * | |

ORDER

November 2, 2005

TAURO, J.

In response to the Bankruptcy Court's opinion dated September 26, 2005, this Court holds that:

1. The postpetition restitution order entered as part of Debtor's sentence following a criminal conviction for mail fraud creates an entirely new obligation owed to the United States unaffected by the Debtor's homestead exemption and 11 U.S.C. § 522(c); and

2. The United States may enforce the restitution order by garnishing the proceeds from the sale of the Debtor's residence.

IT IS SO ORDERED.

                                                                             /s/ Joseph L. Tauro
                                                           United States District Judge