UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Criminal Action No. 04-10074-JLT |
| | * | |
| PHILIP HYDE, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| and | * | |
| | * | |
| BICKNELL & SMITH | * | |
| | * | |
| Garnishee. | * | |

ORDER

November 2, 2005

TAURO, J.

In response to the Bankruptcy Court's opinion dated September 26, 2005, this Court holds that:

1. The postpetition restitution order entered as part of Debtor's sentence following a criminal conviction for mail fraud creates an entirely new obligation owed to the United States unaffected by the Debtor's homestead exemption and 11 U.S.C. § 522(c); and

2. The United States may enforce the restitution order by garnishing the proceeds from the sale of the Debtor's residence.

IT IS SO ORDERED.

                                                           /s/ Joseph L. Tauro
                                               United States District Judge