UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10074-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP HYDE, | ) | |
| Defendant | ) | |

**EMERGENCY MOTION TO STAY SELF REPORTING FOR HIP REPLACEMENT SURGERY**

NOW COMES, Phillip Hyde, the Defendant in the above-captioned indictment and moves for an emergency stay of this Court's Order for him to self report to his designated correctional institution to begin serving his year and a day sentence on Monday, November 14, 2005.

AS REASON THEREFORE, the defendant states as follows:

1. In order for his hip replacement surgery to be successful another surgery has been scheduled for Friday, November 11, 2005 to prevent dislocation.

2. Defendant will be hospitalized on his scheduled surrender date of Monday, November 14, 2005.

3. Defendant submits the attached letter of his doctor describing the circumstances behind the surgery and recovery period.

WHEREFORE, Defendant requests that this Honorable Court stay its Order for him to report for a period of two (2) additional months.

                                                  Respectfully submitted,
                                                  **PHILLIP HYDE**
                                                  By his Attorney;

Dated: November 9, 2005                        /s/ John H. LaChance
                                                  John H. LaChance, Esquire
                                                  BBO# 282500
                                                  600 Worcester Road
                                                  Suite 501
                                                  Framingham, MA 01702
                                                  Tel:  (508) 879-5730