UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10074-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP HYDE, | ) | |
|     Defendant | ) | |

**DEFENDANT'S STATUS REPORT IN RE:**
**MOTION TO STAY SELF REPORTING FOR HIP REPLACEMENT SURGERY**

NOW COMES, Phillip Hyde, the Defendant in the above-captioned indictment and hereby reports to this Court as instructed in regards to his hip replacement surgery staying his self reporting date.

Defendant submits the attached letter of his doctor for the Court's review.

                                                                       Respectfully submitted,
                                                                       **PHILLIP HYDE**
                                                                       By his Attorney;

Dated: November 18, 2005                        /s/ John H. LaChance
                                                         John H. LaChance, Esquire
                                                          BBO# 282500
                                                         600 Worcester Road
                                                          Suite 501
                                                          Framingham, MA 01702
                                                          Tel:  (508) 879-5730