UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04 CR 10074-01-JLT |
| | ) | |
| PHILLIP HYDE | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BICKNELL & SMITH | ) | |
| Garnishee | ) | |

## DEFENDANT, PHILLIP HYDE'S, NOTICE OF APPEAL

The Defendant, Phillip Hyde, pursuant to F.R.A.P. 3(a), hereby files his Notice of Appeal of the Court's Order, Tauro, J., dated November 2, 2005.

This Appeal is to the First Circuit Court of Appeals.

Defendant By His Attorney,

 /s/ Leonard A. Frisoli
Leonard A. Frisoli, BBO #638201
Frisoli Associates, P.C.
Bulfinch Square
43 Thorndike Street
Cambridge, MA 02141
(617) 494-0200

Date:11/30/05

Certificate of Service

    I, Leonard A. Frisoli, hereby certify that a true copy of the above document was served upon counsel for the Plaintiff, Christopher Donato, Esq., U.S. Attorney's Office, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210, and Garnishee, Bicknell & Smith, by mail, on November 30, 2005.

                                                  /s/ Leonard A. Frisoli
                                                  Leonard A. Frisoli