UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP HYDE,<br><br>    Defendant,<br><br>    and<br><br>BICKNELL & SMITH,<br><br>    Garnishee | Criminal Docket No.<br>04-10074-JLT |

**MOTION TO BE HEARD, OR, IN THE ALTERNATIVE, TO INTERVENE**

The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago (the "Fund"), hereby moves to be heard in this action pursuant to 28 U.S.C. § 3771, or, in the alternative, to intervene herein pursuant to Fed. R. Civ. P. 24(a). As grounds for this Motion, the Fund respectfully submits that as a victim of defendant Phillip Hyde's ("Hyde") lengthy and admitted fraud it has the right to be heard in these matters, and that its rights could be prejudiced in the absence of its appearance herein. The Court is respectfully referred to the accompanying Memorandum of Law submitted by the Fund in support of this Motion.

In accordance with Local Rules 7.1 and 112.1, counsel for the Fund has conferred with counsel for Hyde and the United States Attorney in advance of filing this motion. Counsel for Hyde indicated that he would not oppose the motion, and the United States Attorney indicated that he would support the motion.

Dated: December 20, 2005              Respectfully submitted,

                                     THE BOARD OF TRUSTEES OF THE PUBLIC
                                     SCHOOL TEACHERS' PENSION AND
                                     RETIREMENT FUND OF CHICAGO,

                                     By its attorneys,

                                     CRAIG AND MACAULEY
                                       PROFESSIONAL CORPORATION


                                     /s/ Joseph J. Koltun
                                     William R. Moorman, Jr. (BBO#548593)
                                     Joseph J. Koltun (BBO#641117)
                                     Craig and Macauley
                                       Professional Corporation
                                     Federal Reserve Plaza
                                     600 Atlantic Avenue
                                     Boston, Massachusetts  02210
                                     (617) 367-9500

2

CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and accurate copy of the foregoing *Motion to Be Heard, or, In the Alternative, to Intervene*, to be served on the parties set forth below at the addresses indicated by first-class United States mail postage prepaid on December 20, 2005:

Leonard A. Frisoli
Frisoli Associates, P.C.
43 Thorndike Street
Cambridge, MA 02141

Andrew Bram
Bicknell & Smith, LLP
43 Thorndike Street
Cambridge, MA 02141

John H. LaChance
600 Worcester Road
Suite 501
Framingham, MA 01701

Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210


Dated: December 20, 2005                /s/ Joseph J. Koltun
                                        Joseph J. Koltun