```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff,     )<br>                              )<br>      v.                      )<br>                              )<br>PHILLIP HYDE,                 )<br>            Defendant,        )<br>                              )<br>BICKNELL & SMITH,             )<br>            Garnishee.        )<br>                              ) | Criminal Docket No.<br>04-10074-JLT |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned case as counsel for the United States of America.

```
                         Respectfully submitted,

                         UNITED STATES OF AMERICA
                         By its attorney,

                         MICHAEL J. SULLIVAN
                         United States Attorney


Dated: January 31, 2006   /S/ Christopher R. Donato
                          Christopher R. Donato
                          Assistant U.S. Attorney
                          U.S. Attorney's Office
                          John Joseph Moakley Courthouse
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
                          (617) 748-3303
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

```
Dated: January 31, 2006   /S/ Christopher R. Donato
                          Christopher R. Donato
                          Assistant U.S. Attorney
```