UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. 04-10074-JLT |
| | * |
| PHILIP HYDE, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| BICKNELL & SMITH, | * |
| | * |
| Garnishee. | * |

ORDER

March 23, 2006

TAURO, J.

After a conference held on March 23, 2006, this court hereby orders that:

1. Public School Teachers' Pension and Retirement Fund of Chicago's ["the Fund"] Motion to be Heard, Or, in the Alternative, to Intervene [#32] is ALLOWED to the extent that the Fund was heard at the March 23, 2006 conference;

2. The United States of America and the Fund's Joint Motion for Sanctions as to Phillip W. Hyde [#39] was withdrawn in open court;

3. The United States of America's Motion for Order Setting Date for Defendant to Surrender to Serve Sentence [#44] is ALLOWED;

4. Defendant must surrender for service of sentence at the institution designated by

the Bureau of Prisons before 12:00 p.m. on April 24, 2006; and

5. Defendant has until April 28, 2006 to refile its <u>Motion for Instructions on Writ of Garnishment</u> [#30] with affidavits detailing the extent of any outstanding debt owed to vendors pursuant to the discussion in open court.

IT IS SO ORDERED.

                                               /s/ <u>Joseph L. Tauro</u>
                                               United States District Judge