# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>PHILLIP HYDE<br>Defendant<br><br>and<br><br>BICKNELL & SMITH<br>Garnishee | 1:04 CR 10074-01-JLT |

## AFFIDAVIT OF GENTLE GIANT

I, Adrian Farrell, of Gentle Giant Moving Company, hereby swear and affirm as follows:

1. I am the accounts receivable manager of Gentle Giant.

2. On August 30, 2005 Gentle Giant provided moving and storage services to the Phillip Hyde for the move from 26 Union St., Cambridge, MA.

3. Gentle Giant only provided services to Mr. Hyde, because Gentle Giant was informed that it would be paid for said services from an escrow account held by Bicknell and Smith.

4. Mr. Hyde's personal property was placed in storage at Gentle Giant.

5. The total amount of monies due for the moving and storage services provided by Gentle Giant is $10,490.16.

6. Gentle Giant has not been paid any of the balance due on this invoice.



Signed under the pains and penalties of perjury, this 24th day of April, 2006.

*Adrien Farrell*

Duly Authorized Manager
Gentle Giant Moving Co.





LOCAL
INTERSTATE
INTERNATIONAL
RESIDENTIAL
COMMERCIAL
MOVING AND
STORAGE

# INVOICE

April 13, 2006

FAX: Andy Bram
617-4924-8668

Phil Hyde
26 Union Street
Cambridge MA 02141

Invoice No. INV039955
Invoice Date: 8/31/05

| | |
|---|---|
| Moving Services 8/30/05 | $3,904.16 |
| Vault Storage 9/30/05-9/29/06 | $3,996.00 |
| Vault Storage 9/30/06-4/30/07 (7 months x $370.00 per/mon) | $2,590.00 |
| **Total Balance Due** | **$10,490.16** |

