UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v.                                              )<br>)<br>PHILLIP HYDE                          )<br>Defendant         )<br>)<br>and                                          )<br>)<br>BICKNELL & SMITH             )<br>Garnishee          )<br>) | 1:04 CR 10074-01-JLT |

### AFFIDAVIT OF JUNK OUT

I, Diana Shneider of Junk Out, hereby swear and affirm as follows:

1. I am the accounts receivable manager of Junk Out.

2. On August 30, 2005, Junk Out provided moving and cleaning services to the Phillip Hyde for the move from 26 Union St., Cambridge, MA.

3. Junk Out only provided services to Mr. Hyde, because Junk Out was informed that it would be paid for said services from an escrow account held by Bicknell and Smith.

4. Mr. Hyde's personal property was removed from 26 Union St., and cleaning services were performed.

5. The total amount of monies due for debris removal services provided by Junk Out is $1,068.

6. Junk Out has not been paid any of the balance due on this invoice.



Signed under the pains and penalties of perjury, this 21 day of April, 2006.

[signature]

Duly Authorized Manager
Junk Out

---

### Carole Bellew

| | | |
|---|---|---|
| From: | Diana Shneider [Diana.shneider@verizon.net] | Sent: Thu 9/1/2005 3:40 PM |
| To: | Carole Bellew | |
| Cc: | | |
| Subject: | 1-888-JUNK-OUT invoice | |
| Attachments: | | |

## Carole Bellew

| | | | |
|---|---|---|---|
| From: | Diana Shneider [Diana.shneider@verizon.net] | Sent: | Thu 9/1/2005 3:40 PM |
| To: | Carole Bellew | | |
| Cc: | | | |
| Subject: | 1-888-JUNK-OUT invoice | | |
| Attachments: | | | |

**1-888-JUNK-OUT**

P.O. Box 67386

Chestnut Hill, MA 02467

9/1/2005

Invoice # 1884

Attn: Carole Bellew

RE: 26 Union St., Cambridge, MA

| | | |
|---|---|---|
| Removal of junk and unwanted items: | 1 and 3/4 truck | $1,068 |
| | | |
| Total: | | $1,068 |

*Thank you for your business! Please remit to the address above upon receipt.*

https://owa.newenglandmoves.com/exchange/Carole.Bellew/Inbox/1-888-JUNK-OUT%20I...   9/1/2005