UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>PHILLIP HYDE )<br>　　　　Defendant )<br>)<br>and )<br>)<br>BICKNELL & SMITH )<br>　　　　Garnishee ) | 1:04 CR 10074-01-JLT |

## AFFIDAVIT OF WALKER AND MORE
## PAINTING AND HOME IMPROVEMENT

I, **PETER WALKER**, of Walker and More Painting and Home Improvement ("Walker"), hereby swear and affirm as follows:

1. I am the accounts receivable manager of Walker.

2. On August 30, 2005, Walker provided cleaning services to the Phillip Hyde for the move from 26 Union St., Cambridge, MA.

3. Walker only provided services to Mr. Hyde, because Walker was informed that it would be paid for said services from an escrow account held by Bicknell and Smith.

4. Mr. Hyde's personal property was removed from 26 Union St., and cleaning services were performed.

5. The total amount of monies due for the cleaning services provided by Walker is $200..

6. Walker has not been paid any of the balance due on this invoice.

Signed under the pains and penalties of perjury, this _21_ day of April, 2006.

*[signature]*
PETER WALKER
Duly Authorized Manager
Walker and More Painting and
Home Improvement

# WALKERS AND MORE PAINTING & HOME IMPROVEMENT

Peter Walker
336 Pearl Street
Cambridge, MA 02139



Home Improvement Contractor
Registration # 142557
(617) 359-2863 (tel.)
(617) 876-3586 (fax)

Invoice Date: August 30, 2005

### INVOICE #13

**CLIENT INFORMATION**

Name: Carole Bellew
Address where work was performed: 26 Union Street,
Voice: (617) 599 - 8888
Fax:   (617) 245 -3983

**Job Description**

| | |
|---|---:|
| Vacuum and clean 1st, 2nd and 3rd floors of the house | 200.00 |
| Total Invoice | 200.00 |
| Less: Deposit Received | 0.00 |
| Balance Outstanding | **200.00** |

All materials included

Date: _____    Client Signature: _____

Date: 9/_/05    Contractor Signature: _____
Peter A. Walker