617. 494. 8668

**From:** Corporate Stay
269 Mt. Auburn Street
Cambridge, Ma 02138-5604

*Corporate Stay*

**To:** Phillip Hyde
26 Union Street
Cambridge
MA 02141

### Invoice:

Invoice #      000006875
Reservation #  0000002753
Date:

Amount Paid _____

| Description | | |
|---|---|---|
| Rent | 09/01/ to 10/1 | 1600.00 |
|      | 10/1 to 10/31 | 1600.00 |
|      | 10/31 to 11/15 | 1405.00 |

**Total Due** 4605.00

Please remember a written 21 days notice prior to vacation or extending.

**Unit ID:** Ru # 05        C/C
**Address:** 17 Russell Street
Somerville 02144

Resident: Phillip Hyde
Rate: 1600.00

Please remit payment to: Corporate stay

TOTAL P.01