## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2897

USDC Docket Number: 04CR10074-JLT

UNITED STATES OF AMERICA

v.

PHILLIP HYDE

 DOCKETED

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

47

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2006.

Sarah A. Thornton, Clerk of Court

By: *Catherine M Gawlik*

Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

*Mary Manzi*

Deputy Clerk, US Court of Appeals

- 3/06

