# United States Court of Appeals
## For the First Circuit

04-10074
USDC/MA(B)
J. Tauro

No. 05-2897

UNITED STATES OF AMERICA,

Appellee,

v.

PHILLIP HYDE,

Defendant, Appellant.

### JUDGMENT

Entered: August 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order that the United States may enforce its restitution order by garnishing the proceeds from the sale of Hyde's residence is affirmed.

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk
Date: 8/28/07

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: John H. LaChance, Esq., Leonard A. Frisoli, Esq., Zaheer Samee, Esq., Mark J. Balthazard, Esq., Dina Michael Chaitowitz, Esq., Christopher R. Donato, Esq. and William R. Moorman, Jr., Esq.]