Prob12B
(7/93)

# United States District Court
## for the
## District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Phillip Hyde                    **Case Number:** 04CR10074

**Name of Sentencing Judicial Officer:** Honorable Joseph L. Tauro, U.S. District Judge

**Date of Original Sentence:** April 20, 2005

**Original Offense:** 1 Count - Mail Fraud in violation of Title 18 U.S.C. § 1341

**Original Sentence:** 2 years probation

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** March 7, 2007

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

**1. The defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

### CAUSE

According to Mr. Hyde's primary care physician, he has been treated for major depression since March 2007. His depression is so severe that it has impaired his ability to secure employment and to locate housing. At the present time, his physician is working to find medications to improve his symptoms. As such, we respectfully recommend that the Court modify his conditions of supervision to include a mental condition which will allow the probation office to better monitor his mental health and treatment status.

Mr. Hyde agrees and has signed the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Prob 12B — - 2 - — **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender**

Reviewed/Approved by:

_/s/ B. McDonald_
Brian McDonald
Supervising U.S. Probation Officer

By

Respectfully submitted,

_/s/ Nicole Monteiro_
Nicole Monteiro
U.S. Probation Officer
Date: 10/22/07

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_/s/_
Signature of Judicial Officer

10/30/07
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**1. The defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

Witness: _____    Signed: _____
U.S. Probation Officer                     Supervised Releasee

                          9/27/07
                          DATE