

# M E M O R A N D U M

**To:** Honorable Joseph L. Tauro
U.S. District Judge

**From:** Nicole L. Monteiro
U.S. Probation Officer

**Re:** Hyde, Phillip - Dkt. #04CR10074-JLT
**Inability to Pay Restitution**

**Date:** October 23, 2007

This memorandum serves as notification that the above-named defendant is unable to submit monthly payments towards his restitution at this time. It should be noted that Mr. Hyde made a lump sum payment of $195,000 towards his restitution obligation at the start of supervision. Since then, his mental health status has worsened and he has failed to submit payments since April, 2007. At this time, Mr. Hyde is receiving social security income. Our office recently conducted a financial assessment and it revealed that his payment should be set at $134 per month, however, this expense would result in a negative monthly cash flow. According to his primary care physician, his depression is so severe that it has impaired his ability to secure employment in order to maximize his income. As such, we respectfully recommend that his payment obligation be suspended until his mental health status improves

We will continue to monitor Mr. Hyde's financial situation and his ability to secure employment. In the event there are changes to his financial situation, the Court will be advised.

Reviewed & Approved by:

_____
Brian McDonald, Supervising
U.S. Probation Officer

_____
Honorable Joseph L. Tauro
U.S. District Judge