Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Phillip Hyde              **Case Number:** 1: 04 CR 10074 -01-JLT

**Name of Sentencing Judicial Officer:** The Honorable Joseph L. Tauro, U.S. District Judge

**Date of Original Sentence:** April 20, 2005

**Original Offense:** Mail Fraud

**Original Sentence:** 1 year and 1 day custody of the Bureau of Prisons followed by 2 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** March 7, 2007

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

I                       **The Defendant shall not commit another Federal, State or Local crime:**

On March 27, 2008, Phillip Hyde was arraigned in Cambridge District Court on one Count of Operating after a Suspended License, Operating after Suspended Registration, and Compulsory Insurance Violation. Mr. Hyde was released on personal recognizance and the matter was continued until May 15, 2008.

U.S. Probation Officer Action:

Mr. Hyde did notify the U.S. Probation Department within the required 72 hour guidelines. In a subsequent meeting with the officer, he was responsible and appropriate about his poor judgement. At this time the Probation Department recommends that The Court take no action and afford the defendant due process in state court. Subsequent to the resolution of these charges, the Probation Department will notify Your Honor and will make a recommendation.

Reviewed/Approved by:                           Respectfully submitted,

                                          By
Brian McDonald                                  Tim Merna
Supervising U.S. Probation Officer              U.S. Probation Officer
Date: 4/18/08                                   Date: 4/18/2008

Prob 12A                                           - 2 -                                    **Report on Offender**
                                                                                            **Under Supervision**

[✓]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

                                                          _____
                                                          Signature of Judicial Officer

                                                          2/23/08
                                                          _____
                                                          Date