⊗AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br>PHILLIP HYDE<br>55 Raymond Street<br>Cambridge, MA 02140 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:     CR 04-CR 10074-JLT |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA | Room<br>22- 7TH FLOOR |
|---|---|
| Before: | Date and Time<br>Sept. 2, 2008 at 12:00 p.m. |

To answer a(n)
☐ Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     x   Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_____<br>
Signature of Issuing Officer

Aug. 14, 2008<br>
Date

ZITA LOVETT, DEPUTY CLERK<br>
Name and Title of Issuing Officer