AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.
PHILLIP HYDE
55 Raymond Street
Cambridge, MA 02140

**SUMMONS IN A CRIMINAL CASE**

Case Number:     CR 04-CR 10074-JLT

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA | 22- 7TH FLOOR |
| Before: JUDGE JOSEPH L. TAURO | Date and Time<br>Sept. 2, 2008 at 11:00 A.M. (new time) |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    x Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_Zita Lovett_
Signature of Issuing Officer

Aug. 18, 2008
Date

ZITA LOVETT, DEPUTY CLERK
Name and Title of Issuing Officer